UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EASTMAN KODAK COMPANY, et al.,

                              Plaintiffs,

                                                              DECISION AND ORDER

                                                               05-CV-6384L

                              v.

MARK S. CAMARATA, et al.,

                              Defendants.
_____

      Entry of default was made by the Clerk on January 4, 2007, for failure of defendant Constance Roeder to answer the complaint subsequent to the Court's denial of her motion to dismiss. By motion filed January 7, 2007 (Dkt. #240), Roeder moved to vacate the entry of default and for leave to file an answer.

      By letter dated January 12, 2007, counsel for plaintiff, Eastman Kodak Company, consented to vacating the entry of default. Therefore, defendant Roeder's motion to vacate is granted.

## CONCLUSION

      Defendant Constance Roeder's motion to vacate the entry of default (Dkt. # 240) is granted, and the Clerk is directed to vacate that entry.

Defendant Constance Roeder must file and serve its answer within 10 days of entry of this order.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
January 12, 2007.