UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EASTMAN KODAK COMPANY, et al.,

          Plaintiffs,

          **MOTION SCHEDULING ORDER**

    -vs-

          05-CV-6384

CHARLES A. SCHWAB,
KAREN M. SCHWAB, et al.,

          Defendants.
_____

      On August 6, 2009, defendant Charles A. Schwab and Karen M. Schwab filed a motion to dismiss. All responding papers relevant to this motion must be filed with the Court by September 18, 2009. Reply papers by the moving parties must be filed no later than eight (8) business days following the filing of responding papers.

      When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

      **IT IS SO ORDERED**.

                                      _/s/ David G. Larimer_
                                      DAVID G. LARIMER
                                      UNITED STATES DISTRICT JUDGE

Dated:      August 19, 2009
              Rochester, New York